21631

The STATE, Respondent, v. John Odell CARPENTER, Appellant.

(286 S. E. (2d) 384)

*Asst. Appellate Defender Tara D. Shurling, of S. C. Commission of Appellate Defense,* Columbia, for appellant.

*Atty. Gen. Daniel R. McLeod, Asst. Atty. Gen. Lindy P. Funkhouser* and *Senior Asst. Atty. Gen., Brian P. Gibbes,* Columbia, and *Asst. Sol. Holman C. Gossett, Jr.,* Spartanburg, *for respondent.*

January 19, 1982.

*Per Curiam:*

Appellant was convicted of housebreaking, grand larceny and illegal possession of a handgun. He was sentenced to six (6) years for housebreaking and grand larceny and one (1) year (suspended) for illegal possession of a handgun.

Appellant's sole ground for appeal is ineffective assistance of counsel at trial. This Court usually will not consider that issue on appeal from a conviction. *State v. Hyman,* .... S. C. ... , 281 S. E. (2d) 209 (1981). We follow that principle particularly when, as here, the issue was not argued to the trial judge. *State v. Williams,* 266 S. C. 325, 223 S. E. (2d) 38 (1976).

Under the facts of this case, appellant must assert his claim under the Post-Conviction Procedure Act (Code of Laws [1976] Section 17-27-10 et seq.)

The conviction is therefore affirmed.